DATE: April 5, 2022

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Gregory Leon Hammer
   v. Commonwealth of Virginia
   Record No. 0819-20-3
   Opinion rendered by Judge Raphael on
   January 18, 2022

2. Gregory Leon Hammer
   v. Commonwealth of Virginia
   Record No. 1033-20-3
   Opinion rendered by Judge Raphael on
   January 18, 2022

3. Todd Moses Sorrell, Sr.
   v. Commonwealth of Virginia
   Record No. 0198-21-2
   Opinion rendered by Chief Judge Decker on
   January 18, 2022

4. C. Ray Davenport, Commissioner of Labor and Industry
   v. Utility Trailer Manufacturing Company
   Record No. 0285-21-3
   Opinion rendered by Judge Humphreys on
   January 18, 2022

5. Dawan Anthony Glass
   v. Commonwealth of Virginia
   Record No. 0294-21-3
   Opinion rendered by Judge Ortiz on
   January 18, 2022

6. Dwayne Allen Ray
   v. Commonwealth of Virginia
   Record No. 0808-20-3
   Opinion rendered by Judge AtLee on
   February 1, 2022

7. Lucas Edward Ritchie
   v. Commonwealth of Virginia
   Record No. 0204-21-3
   Opinion rendered by Judge Fulton on
   February 8, 2022

8. Rodney Massie
   v. Commonwealth of Virginia
   Record No. 0282-21-4
   Opinion rendered by Judge Russell on
   February 8, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Jessica Danielle Barrow
     v. Commonwealth of Virginia
     Record No. 0769-20-3
     Opinion rendered by Judge Petty
       on April 27, 2021
     Refused (210510)

2.  Michael Moreno, s/k/a  Michel Moreno
     v. Commonwealth of Virginia
     Record No. 1801-19-4
     Opinion rendered by Judge Athey
       on June 15, 2021
     Refused (210672)

3.  Moussa Moise Haba
     v. Commonwealth of Virginia
     Record No. 0256-20-4
     Opinion rendered by Chief Judge Decker
       on June 15, 2021
     Refused (210678)